DWC:dmh
3965-4 (314513)
2/13/07

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

CA 07 070 S

STEPHEN McDONALD AND
BARBARA McDONALD

C.A. No.

(Kent County
Superior Court
C.A. No: KC07-0065)

VS.

OLSL HARBOR HILL PLACE, LLC
AND NATIONWIDE HEALTH
PROPERTIES INC.

**NOTICE FOR REMOVAL**

Defendants, OLSL Harbor Hill Place, LLC and Nationwide Health Properties, Inc., in accordance with the provisions of 28 U.S.C. Section 1446, hereby petition this Court to remove this action from the Superior Court for the County of Kent, State of Rhode Island, to the United States District Court for the District of Rhode Island. As grounds for removal, Defendants state as follows:

1. On January 19, 2007, Plaintiff filed a Civil Action against Defendants in Rhode Island Superior Court entitled Steven McDonald and Barbara McDonald vs. OLSL Harbor Hill Place, LLC, and Nationwide Health Properties, Inc., C.A. File No. KC 07-0065 (the "State Court Action").

2. Defendants were served with the Complaint on January 23, 2007. As required by 28 U.S.C. Section 1446 (b), this Petition is filed within thirty (30) days after service of process. A copy of the Complaint is included in Exhibit A.

3. This action may be removed in accordance with 28 U.S.C. Sections 1332 and 1441, because the action involves a controversy between citizens of different states and the

alleged amount in controversy exceeds $75,000.00 exclusive of interests and costs. Plaintiffs have made a demand in the amount of $750,000.00

4. Plaintiffs allege they are residents of the Town of Wakefield, County of Washington, State of Rhode Island.

5. OLSL Harbor Hill Place LLC is a Limited Liability Company that was formed under the laws of Delaware and has no members that are citizens of Rhode Island. Its only member is One Lantern Senior Living, LLC which was also formed pursuant to Delaware law and has no members that are citizens of Rhode Island.

6. Nationwide Health Properties, Inc. is a corporation, not incorporated in the State of Rhode Island, nor organized pursuant to the laws of the State of Rhode Island. Nationwide Health Properties, Inc. is a Maryland corporation and maintains its principal place of business in California.

In accordance with 28 U.S.C. Section 1446 (d) a copy of this Petition for Removal and a Notice of Removal will be served this day upon Plaintiffs' counsel and will also be sent by messenger this day to the Rhode Island Superior Court for filing. Wherefore, on the basis of the foregoing, Defendants respectfully request that this action be removed to the United States District Court for the District of Rhode Island.

OLSL HARBOR HILL PLACE, LLC.
AND NATIONWIDE HEALTH
PROPERTIES, LLC.
By Their Attorney,

David W. Carroll (#0561)
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was hand-delivered, to the following on the 22nd day of February, 2007:

Robert J. Levine, Esq.
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908