DWC/mas
3965-4 (314038)
2/7/07

STATE OF RHODE ISLAND
KENT, SC.

SUPEIROR COURT

STEPHEN McDONALD AND
BARBARA McDONALD

VS.

C.A. No: KC07-0065

OLSL HARBOR HILL PLACE, LLC
AND NATIONWIDE HEALTH
PROPERTIES INC.

## DEFENDANTS' ANSWER TO PLAINTIFFS' COMPLAINT

### COUNT I

1. The defendants have no knowledge or information sufficient to form a belief as to the truth of the allegations made in Paragraph 1, Count I, and leave the plaintiffs to the proof thereof.

2. Admitted.

3. Admitted.

4. Admitted.

5. Denied.

6. Admitted.

7. No answer of the defendants is required to the allegations contained in Paragraph 7, Count I, inasmuch as the assertions made therein amount to allegations of law and not of fact. In addition, it is denied that the defendant, OLSL Harbor Hill Place, LLC., was involved in owning, operating or managing the facility at the time alleged.

8. Denied. In addition, it is denied that the defendant, OLSL Harbor Hill Place, LLC., was involved in owning, operating or managing the facility at the time alleged.

9. Denied. In addition, it is denied that the defendant, OLSL Harbor Hill Place, LLC., was involved in owning, operating or managing the facility at the time alleged.

10. Denied. In addition, it is denied that the defendant, OLSL Harbor Hill Place, LLC., was involved in owning, operating or managing the facility at the time alleged.

11. The allegations made in Paragraph 11, Count I, and all subdivisions therein are denied. In addition, it is denied that the defendant, OLSL Harbor Hill Place, LLC., was involved in owning, operating or managing the facility at the time alleged.

12. The allegations made in Paragraph 12, Count I, and all adverse inferences therein are denied.

13. Denied.

14. Denied. In addition, it is denied that the defendant, OLSL Harbor Hill Place, LLC., was involved in owning, operating or managing the facility at the time alleged.

**COUNT II**

15. The answers to Paragraphs 1 through 13 of Count I are hereby incorporated as answer to this Paragraph 15, Count II.

16. The defendants have no knowledge or information sufficient to form a belief as to the allegations made in Paragraph 16, Count II, and leave the plaintiffs to the proof thereof.

17. Denied. In addition, it is denied that the defendant, OLSL Harbor Hill Place, LLC., was involved in owning, operating or managing the facility at the time alleged.

18. No answer of the defendants is required to the allegations contained in Paragraph 18, Count II, inasmuch as the assertions therein amount to allegations of law and not of fact. In any event, it is denied defendants owe or will ever owe any sums of money to the plaintiffs.

**FIRST DEFENSE**

This action ought not be maintained inasmuch as the plaintiff, Stephen McDonald, assumed the risk.

**SECOND DEFENSE**

This action ought not be maintained inasmuch as the plaintiff, Stephen McDonald, was contributorily or comparatively negligent.

**THIRD DEFENSE**

This action ought not be maintained inasmuch as it was instituted after the running of the statute of limitations, so-called.

**FOURTH DEFENSE**

This action ought not be maintained inasmuch as the plaintiffs' claims have been subrogated to a workers' compensation carrier, so-called.

**FIFTH DEFENSE**

This action ought not be maintained against the defendant, OLSL Harbor Hill Place, LLC, inasmuch as such defendant had no legal existence at the time of the alleged occurrence and, in fact, was not legally formed until approximately 18 months after the date of the alleged occurrence.

The defendants, OLSL Harbor Hill Place, LLC. and Nationwide Health Properties, LLC., hereby demand a trial by jury and designate David W. Carroll as trial counsel.

OLSL HARBOR HILL PLACE, LLC.
AND NATIONWIDE HEALTH
PROPERTIES, LLC.
By Their Attorney,

David W. Carroll (#0561)
ROBERTS, CARROLL, FELDSTEIN &
PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000

**CERTIFICATION**

The undersigned hereby certifies that a true copy of the within document was mailed, postage prepaid, to the following on the 12th day of February, 2007:

Robert J. Levine, Esq.
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908