STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2007-0065 STEPHEN MCDONALD V OSL HARBOR HILL PLACE, LLC

Filing Date: 01-19-2007
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 02-22-2007

Plaintiff: STEPHEN MCDONALD
ID: @10884308
Attorney: ROBERT LEVINE

Plaintiff: BARBARA MCDONALD
ID: @10884309
Attorney: ROBERT LEVINE

Defendant: OLSL HARBOR HILL PLACE
ID: @10884311
Attorney: DAVID CARROLL

Defendant: NATIONWIDE HEALTH PROPERTIES INC
ID: @10884313
Attorney: DAVID CARROLL

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-19-2007 | COMPLAINT FILED | |
| 01-19-2007 | INITIAL FILING FEE | |
| 01-19-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCK55339. |
| 02-13-2007 | ANSWER FILED | BY DEFTS |
| 02-13-2007 | ENTRY OF APPEARANCE | BY DAVID CARROLL, ESQ FOR DEFTS |
| 02-22-2007 | NOTICE OF REMOVAL | Affiliated: OLSL HARBOR HILL PLACE |
| 02-22-2007 | OTH DOC FILED DURING DISCOV | |
| 02-22-2007 | CASE REMVD TO US DISTRICT CT | |

True Copy Attest
Office of Clerk of Superior Court
County of Kent
Warwick, Rhode Island