UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN MCDONALD<br>and BARBARA MCDONALD<br>Plaintiffs, | : | |
| vs. | : | C.A. No. 07-70S |
| OLSL HARBOR HILL PLACE, LLC,<br>and NATIONWIDE HEALTH<br>PROPERTIES, INC.<br>Defendants. | : | |

**PLAINTIFFS' STATEMENT OF CLAIMS**

Pursuant to DRI LR Cv 16(c), Plaintiffs hereby submit this statement enumerating the elements of each of their claims.

**Premises Liability**

1. Existence of a legal duty owed by one or more Defendants to Stephen McDonald, as an invitee and/or person reasonably expected to be on the premises, to use reasonable care to keep the premises free from dangerous conditions and/or defects;

2. One or more Defendants knew or should have known about the dangerous conditions and/or defects;

3. One or more Defendants breached the duty owed to Stephen McDonald by failing to exercise reasonable care to remedy or cure the dangerous conditions and/or defects within a reasonable time; and

4. Stephen McDonald suffered injuries and/or losses as a proximate cause of the breach by one or more Defendants.

See Kurczy v. St. Joseph Veterans Assn., Inc., 820 A.2d 929, 935 (R.I. 2003).

**Loss of Consortium**

1. Spousal relationship between Stephen McDonald and Barbara McDonald;

2. Negligent conduct by one or more Defendants that proximately caused Stephen McDonald to suffer injuries; and

3. Stephen McDonald's injuries caused Barbara McDonald to suffer the loss of society, comfort and/or companionship of Stephen McDonald.

See R.I. Gen. Laws § 9-1-41(a).

STEPHEN MCDONALD and
BARBARA MCDONALD,
Plaintiffs,
By their Attorneys,

Robert J. Levine, Esq. #6128
Justice For All, LLP
544 Douglas Avenue
Providence, RI 02908
Tel: (401) 621-7000
Fax: (401) 621-7050
Email: rlevine@rilawoffices.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 13, 2007 this document has been served by first class mail, postage prepaid, on the following individuals:

David W. Carroll, Esq.
Roberts, Carroll, Feldstein & Peirce Inc.
Ten Weybosset Street, 8th Floor
Providence, RI 02903