JBM:ssk 7-30615
3965-4 (3/14/07)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHEN McDONALD AND
BARBARA McDONALD

VS. C.A. No. 07-70S

OLSL HARBOR HILL PLACE, LLC
AND NATIONWIDE HEALTH
PROPERTIES INC.

**WITHDRAWAL OF APPEARANCE**

I hereby withdraw my appearance on behalf of the Defendants, OLSL Harbor Hill Place, LLC and Nationwide Health Properties, Inc.

/s/ David W. Carroll
David W. Carroll #0561
ROBERTS, CARROLL, FELDSTEIN &
& PEIRCE, INC.
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (Fax) 521-1328
dcarroll@rcfp.com

**ENTRY OF APPEARANCE**

I hereby enter my appearance on behalf of the Defendants, OLSL Harbor Hill Place, LLC and Nationwide Health Properties, Inc.

/s/ John B. Moretta
John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE, INC.
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (Fax) 521-1328
jmoretta@rcfp.com

**CERTIFICATION**

I hereby certify that on this 15th day of March, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who is/are registered participant identified on the Notice of Electronic Filing:

Robert J. Levine, Esq.
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908

/s/ David W. Carroll