IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN McDONALD and<br>BARBARA McDONALD<br>Plaintiffs | :<br>:<br>:<br>: | |
| V. | : | C.A. NO. 07-070S |
| OLSL HARBOR HILL PLACE,<br>LLC, and NATIONWIDE HEALTH<br>PROPERTIES, INC.<br>Defendants | :<br>:<br>:<br>:<br>: | |

**NOTICE OF APPEARANCE**

I, Jeffrey Padwa, Esq (R.I. Bar #5130), hereby enter my appearance on behalf of Plaintiffs STEPHEN McDONALD and BARBARA McDONALD in the above captioned matter.

Plaintiff,

/s/ Jeffrey M. Padwa

Jeffrey M. Padwa, Esq. (#5130)
PADWA LAW
303 Jefferson Blvd.
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 Fax
Jeffrey@padwalaw.com

**CERTIFICATION**

I, Jeffrey M. Padwa, hereby certify that on March 28, 2007, I served a true and accurate copy of the within by causing the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case as follows:

John Moretta, Esq.
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street, 8th Flr.
Providence, RI 02903

/s/ Jeffrey M. Padwa
______________________________
Jeffrey M. Padwa