IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN McDONALD and | : | |
| BARBARA McDONALD | : | |
| Plaintiffs | : | |
| | : | |
| V. | : | C.A. NO. 07-070S |
| | : | |
| OLSL HARBOR HILL PLACE, | : | |
| LLC, and NATIONWIDE HEALTH | : | |
| PROPERTIES, INC. | : | |
| Defendants | : | |

**CONSENTED TO MOTION TO AMENDED PLAINTIFFS' COMPLAINT**

Now come plaintiffs in the above-mentioned matter and hereby move this Honorable Court for an order allowing them to amend their complaint in the form attached hereto as Exhibit "A" in accordance with Fed.R.Civ.Pro. 15. Plaintiffs seek to add TNG Harborhill Place, LLC as a defendant and dismiss OLSL Harbor Hill Place, LLC as a defendant with prejudice, without any costs. Defendants consent to this motion to amend. See Correspondence dated April 16, 2007, attached hereto as Exhibit "B."

As grounds therefore, plaintiffs incorporated by reference the accompanying Memorandum of Law in Support of this Consented to Motion to Amend.

Wherefore, plaintiffs request that this Honorable Court grant this Consented to Motion to Amend Plaintiffs' Complaint.

Plaintiffs,
By Their Attorney,

/s/ Jeffrey M. Padwa

Jeffrey M. Padwa, Esq. (#5130)
PADWA LAW
303 Jefferson Blvd.
Warwick, RI 02888
(401) 921-4800
(401) 921-4805 Fax
Jeffrey@padwalaw.com

**CERTIFICATION**

I, Jeffrey M. Padwa, hereby certify that on April 17, 2007, I served a true and accurate copy of the within by causing the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case as follows:

John Moretta, Esq.
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street, 8th Flr.
Providence, RI 02903

/s/ Jeffrey M. Padwa

Jeffrey M. Padwa