RCF&P ROBERTS CARROLL FELDSTEIN & PEIRCE INCORPORATED ATTORNEYS AT LAW
www.rcfp.com

e-mail address: jmoretta@rcfp.com

Dennis J. Roberts (1903-1994)
David W. Carroll
Edward D. Feldstein
Richard M. Peirce*
R. Kelly Sheridan
Robert P. Landau*
Dennis E. Carley
R. Jeffrey Knisley
Edward C. Avila*
James A. Musgrave*
Jason C. Preciphs*
John B. Moretta*
Kristin Barkett Pettey*
Kathryn S. Windsor†
Sean K. Brousseau††
Of Counsel
Martin M. Temkin*

*Also admitted in Massachusetts
†Also admitted in Connecticut
††Also admitted in Illinois and Missouri

April 16, 2007

**VIA TELECOPIER 921-4805**
**AND REGULAR MAIL**

Jeffrey Padwa, Esq.
Padwa Law
303 Jefferson Boulevard
Warwick, RI 02888

Re: Stephen McDonald and Barbara McDonald vs.
OLSL Harbor Hill Place, LLC and Nationwide Health Properties, Inc.
Our File No. 3965-4

Dear Jeff:

In accordance with the stipulation you forwarded on April 14, 2007, Defendants hereby consent in accordance with Rule 15(a) of the Federal Rules of Civil Procedure to the amendment of Plaintiff's Complaint as adding TNG Harbor Hill Place, LLC as a Defendant and dismissing all claims against OLSL Harbor Hill Place, LLC with prejudice and without costs to any party.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

John B. Moretta

John B. Moretta

JBM:dmh