JBM:dmh - 321249
3965-4 (5/11/07)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHEN McDONALD and
BARBARA McDONALD

Plaintiffs

v. C.A NO. 07-070S

TNG HARBORHILL PLACE, LLC and
NATIONWIDE HEALTH :
PROPERTIES, INC.
Defendants

**STIPULATION**

It is hereby agreed between the parties that TNG Harborhill Place, LLC and Nationwide Health Properties, Inc., have up to and including June 4, 2007, to answer Plaintiffs' First Amended Complaint.

/s/ John B. Moretta

John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE, INC.
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (Fax) 521-1328
jmoretta@rcfp.com

/s/ Jeffrey M. Padwa

Jeffrey M. Padwa (#5130)
Padwa Law
303 Jefferson Blvd.
Warwick, Rhode Island 02888
(401) 921-4800 (Fax) (401) 921-4805
Jeffrey@padwalaw.com

**CERTIFICATION**

I hereby certify that on this 14th day of May, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who is/are registered participant identified on the Notice of Electronic Filing:

Robert J. Levine, Esq.
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908

Jeffrey M. Padwa, Esq.
Padwa Law
303 Jefferson Boulevard
Warwick, Rhode Island 02888

/s/ John B. Moretta