JBM:dmh
5/8/07 320991
3965-4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STEPHEN McDONALD and
BARBARA McDONALD

Plaintiffs

v. C.A NO. 07-070S

TNG HARBORHILL PLACE, LLC and
NATIONWIDE HEALTH :
PROPERTIES, INC.
Defendants

**ANSWER OF THE DEFENDANTS TO PLAINTIFFS' FIRST AMENDED COMPLAINT**

**COUNT I**

1. The Defendants have no knowledge or information sufficient to form a belief as to the truth of the allegations made in Paragraph 1, Count I and leaves Plaintiff to their proof thereof.

2. Defendant, TNG Harborhill Place, LLC admits that it was a Massachusetts Limited Liability Company registered as a foreign limited liability company doing business in the State of Rhode Island. Defendant, TNG Harborhill Place, LLC, denies that it was registered as a foreign corporation doing business in the State of Rhode Island.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. No answer of the Defendants is required to the allegations contained in Paragraph 7, Count I, inasmuch as the assertions made therein amount to allegations of law and not of fact.

8. Denied.

9. Denied.

10. Denied.

11. The allegations in Paragraph 11, Count I, and all subdivisions therein are denied.

12. The allegations made in Paragraph 12, Count I and all subdivisions therein are denied.

13. Denied

14. The allegations made in Paragraph 14, Count I, and all adverse inferences therein are denied.

**COUNT II**

15. The answers to Paragraph 1 through 14 of Count I are hereby incorporated as Defendants' answer to this Paragraph 15, Count II.

16. The Defendants have no knowledge or information sufficient to form a belief as to the allegations made in Paragraph 16, Count II and leaves Plaintiffs to the proof thereof.

17. Denied.

18. No answer of the Defendants is required as to the allegations contained in Paragraph 18, Count II, inasmuch as the assertions therein amount to allegations of law and not of fact. In any event, it is denied Defendants owe or will ever owe any sums of money to the Plaintiffs.

## AFFIRMATIVE DEFENSES

1. This action ought not to be maintained inasmuch as the Plaintiff, Stephen McDonald, assumed the risk.

2. This action ought not to be maintained inasmuch as the Plaintiff, Stephen McDonald, was contributively and comparatively negligent.

3. This action ought not to be maintained inasmuch as it was instituted after the running of the statute of limitations, so called.

4. This action ought not to be maintained inasmuch as the Plaintiffs claims have been subrogated to a workers' compensation carrier, so called.

The Defendants, TNG Harborhealth Place LLC and Nationwide Health Properties, Inc., hereby demand a trial by jury and designate John B. Moretta as trial counsel.

TNG HARBORHILL PLACE, LLC AND
NATIONWIDE HEALTH PROPERTIES, INC.,
By their attorneys,

/s/ John B. Moretta

John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN & PEIRCE INC.
Ten Weybosset Street, 8th Floor
Providence, RI 02903
401-521-7000 FAX 401-521-1328
Email: jmoretta@rcfp.com

**CERTIFICATION**

I hereby certify that on this 17th day of May, 2007, the within document was filed electronically through the ECF System, where it is available for viewing and downloading and will be sent electronically to the counsel of record listed below who is/are registered participant identified on the Notice of Electronic Filing:

Robert J. Levine, Esq.
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908

Jeffrey M. Padwa, Esq.
Padwa Law
303 Jefferson Boulevard
Warwick, Rhode Island 02888

/s/ John B. Moretta