AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Stephen McDonald, et al.

V.

TNG Harborhill Place, LLC, et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07-070S

TO: (Name and address of Defendant)

TNG Harborhill Place, LLC
c/o John Moretta, Esq.
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street
Providence, RI 02903

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey M. Padwa, Esq.
PADWA LAW
303 Jefferson Blvd.
Warwick, RI 02888

an answer to the complaint which is herewith served upon you, within Twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 5/3/07

(By) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 5/10/07 |
|---|---|
| NAME OF SERVER *(PRINT)* | TITLE Plaintiffs' Counsel |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☑ Other (specify): See Acknowledgement of Service attached hereto.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/16/07
Date

[signature]
Signature of Server

303 Jefferson Blvd., Warwick, RI 02888
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.