IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN McDONALD and BARBARA McDONALD Plaintiffs | : | |
| V. | : | C.A. NO. 07-070S |
| TNG HARBORHILL PLACE, LLC, and NATIONWIDE HEALTH PROPERTIES, INC. Defendants | : | |

## ACKNOWLEDGEMENT OF SERVICE

1. I, John Moretta, Esq., am authorized to accept service of process on behalf of defendant TNG Harborhill Place, LLC and to accept service of process pursuant to Federal Rule 4.
2. By accepting this service of process, TNG Harborhill Place, LLC acknowledges that full and complete service of process has been made in satisfaction of and in compliance with Federal Rule 4.

Signed,

John B. Moretta

John Moretta, Esq.
Attorney for defendant TNG Harborhill Place, LLC

Dated: 5 / 10 / 07