IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| STEPHEN McDONALD and<br>BARBARA McDONALD<br>Plaintiffs | :<br>:<br>:<br>: | |
| V. | : | C.A. NO. 07-070S |
| OLSL HARBOR HILL PLACE,<br>LLC, and NATIONWIDE HEALTH<br>PROPERTIES, INC.<br>Defendants | :<br>:<br>:<br>:<br>: | |

## AFFIDAVIT REGARDING PROOF OF SERVICE

I, Jeffrey M. Padwa, being duly sworn on oath, depose and say of my own personal knowledge that:

1. I am an attorney licensed to practice law in the State of Rhode Island and represent the Plaintiffs in the above-captioned matter.

2. The Amended Complaint in this matter was filed with the Clerk of the United States District Court, District of Rhode Island, on or about May 8, 2007.

3. On or about May 8, 2007, a copy of the Summons and Amended Complaint were served on Attorney John Moretta, as authorized agent for service of process on behalf of defendant TNG Harborhill Place, LLC. See Acknowledgement attached hereto.

4. On May 10, 2007, Attorney John Moretta accepted service of process on behalf of defendant TNG Harborhill Place, LLC. See Acknowledgement attached hereto.

5. Attached hereto are the Summons and Acknowledgement of Service.

Jeffrey M. Padwa

**NOTARY**

Subscribed and sworn to before me in the City of Providence, County of Providence, State of Rhode Island this 16th day of May, 2007.

Notary Public
My Commission Expires:

CHRISTINE P. IMPAGLIAZZO
Notary Public-State of Rhode Island
My Commission Expires
March 30, 2010

**CERTIFICATION**

I, Jeffrey M. Padwa, hereby certify that on May ~~16~~ 22, 2007, I served a true and accurate copy of the within by causing the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case as follows:

John Moretta, Esq.
Roberts, Carroll, Feldstein & Peirce
10 Weybosset Street, 8th Flr.
Providence, RI 02903

Robert Levine, Esq.
Gemma & Levine
544 Douglas Ave.
Providence, RI 02908

/s/ Jeffrey M. Padwa

Jeffrey M. Padwa