JBM:ssk - 322755
3965-4 (5/31/07)

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHEN McDONALD AND
BARBARA McDONALD

vs.

C.A. No. 07-070S

TNG HARBOR HILL PLACE, LLC
AND NATIONWIDE HEALTH
PROPERTIES INC.

**CORPORATE DISCLOSURE STATEMENT FOR THE DEFENDANT, TNG HARBOR HILL PLACE, LLC, PURSUANT TO F.R.C.P. RULE 7.1**

In accord with F.R.C.P.Rule 7.1, the defendant, TNG Harbor Hill Place, LLC, states there is no parent or publicly held corporation owning or that owned 10% or more of its stock.

Defendant
TNG HARBOR HILL PLACE, LLC
By its Attorney,

/s/John S. Moretta

John B. Moretta #6984
ROBERTS, CARROLL, FELDSTEIN
& PEIRCE, INC.
10 Weybosset Street, 8th Floor
Providence, RI 02903-2808
(401) 521-7000 (Fax) 521-1328
jmoretta@rcfp.com

## Certificate of Service

I, John B. Moretta, hereby certify that on June 6, 2007, I served the foregoing corporate disclosure statement by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case to the following:

Robert J. Levine, Esq.
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908

Jeffrey M. Padwa, Esq.
Padwa Law
303 Jefferson Boulevard
Warwick, RI 02888

/s/ John B. Moretta

______________________________
John B. Moretta