JBM:ssk – 322555
3965-4 (6/1/07)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**STEPHEN McDONALD AND**
**BARBARA McDONALD**

**vs.**

**C.A. No. 07-070S**

**TNG HARBOR HILL PLACE, LLC**
**AND NATIONWIDE HEALTH**
**PROPERTIES INC.**

**STIPULATION**

All claims and causes of action against OLSL Harbor Hill Place, LLC, may be and hereby are dismissed with prejudice, no cost to any party.

____/s/John B. Moretta____
John B. Moretta #6984
Attorney for Defendants
Roberts, Carroll, Feldstein & Peirce
& Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000; Fax 521-1328
jmoretta@rcfp.com

___/s/ Jeffrey M. Padwa_____
Jeffrey M. Padwa
Attorney for Plaintiffs
Padwa Law
303 Jefferson Boulevard
Warwick, RI 02888

**Certificate of Service**

I, John B. Moretta, hereby certify that on June 7, 2007, I served the foregoing Stipulation by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case to the following:

Robert J. Levine, Esq.
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908

Jeffrey M. Padwa, Esq.
Padwa Law
303 Jefferson Boulevard
Warwick, RI 02888

__________________________________