JBM:ssk - 323818
3965-4 (6/18/07)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**STEPHEN McDONALD AND**
**BARBARA McDONALD**

**vs.**

**C.A. No. 07-070S**

**TNG HARBOR HILL PLACE, LLC**
**AND NATIONWIDE HEALTH**
**PROPERTIES INC.**

**JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

The parties in the above-captioned matter hereby jointly move for an extension of the dates included in the Pretrial Order previously entered by this Honorable Court on March 16, 2007. In support of this Motion, the parties submit the attached joint memorandum, which details the parties' discovery efforts to date and sets forth the parties' basis for this request. As is outlined in the attached memorandum, the parties are hereby seeking to extend the previously established fact discovery deadline from July 16, 2007 to September 30, 2007 and are requesting corresponding extensions for all other dates listed in the Pretrial Order. To date, the parties have worked diligently and cooperatively to accomplish discovery but, as set forth in the attached memorandum, additional time is necessary.

For the reasons set forth in the attached memorandum, the parties hereby request that this Court grant an extension of all discovery dates in the Pretrial Order.

/s/John B. Moretta
John B. Moretta #6984
Attorney for Nationwide Health Properties, Inc. and TNG Harbor Hill Place, LLC
Roberts, Carroll, Feldstein & Peirce & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000; Fax 521-1328
jmoretta@rcfp.com

/s/Jeffrey M. Padwa
Jeffrey M. Padwa, Esq. # 5130
Attorney for Plaintiffs
Padwa Law
303 Jefferson Boulevard
Warwick, Rhode Island 02888

/s/Robert J. Levine
Robert J. Levine, Esq.
Attorney for Plaintiffs
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908

**Certificate of Service**

I, John B. Moretta, hereby certify that on June 19, 2007, I served the foregoing Stipulation by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case to the following:

Robert J. Levine, Esq.
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908

Jeffrey M. Padwa, Esq.
Padwa Law
303 Jefferson Boulevard
Warwick, RI 02888

_______/s/John B. Moretta_________
John B. Moretta

JBM:ssk - 323823
3965-5 (6/18/07)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**STEPHEN McDONALD AND**
**BARBARA McDONALD**

**vs.**

**C.A. No. 07-070S**

**TNG HARBOR HILL PLACE, LLC**
**AND NATIONWIDE HEALTH**
**PROPERTIES INC.**

**MEMORANDUM IN SUPPORT OF**
**JOINT MOTION FOR EXTENSION OF DISCOVERY DATES**

Plaintiffs, Stephen and Barbara McDonald, hereby jointly move with the Defendants, TNG Harbor Hill Place, LLC, and Nationwide Health Properties, Inc., for an extension of the discovery dates and deadlines as set forth in this Court's Pretrial Order. On March 16, 2007, and after a Rule 16 Conference, this Court ordered as follows:

1. All factual discovery will be closed by July 16, 2007;
2. Plaintiffs shall make its expert witness disclosures by July 16, 2007;
3. Defendants shall make it expert witness disclosures by August 16, 2007;
4. Expert discovery shall close on September 17, 2007;
5. Dispositive motions shall be filed by September 17, 2007; and
6. All pretrial memoranda shall be filed no later than thirty (30) days after a decision on any and all dispositive motions and, if no dispositive motions are filed, by October 17, 2007.

On April 17, 2007, approximately one month after the Rule 16 Conference in this matter, Plaintiffs filed a Consented to Motion to Amend the initial Complaint in this matter. The Amended Complaint added TNG Harborhill Place, LLC, as a defendant and dismissed OLSL Harbor Hill Place, LLC, as a party in this matter. The dismissal of OLSL was necessary as OLSL was not in existence at the time of the incident that forms the subject matter of Plaintiffs' Complaint. This Court granted Plaintiffs' motion on April 19, 2007 thereby adding TNG Harbor Hill Place, LLC, as a party and dismissing OLSL Harbor Hill Place, LLC.

To date, Plaintiffs and Defendants have engaged in a significant amount of discovery. Both Plaintiffs and Defendants have provided answers to interrogatories and responses to requests for production of documents. Defendants have also issued subpoenas for a number of records including medical records, staffing records for the purpose of identifying witnesses, and other records similar in nature. Plaintiffs have also requested and obtained additional medical records and employment personnel files in response to Defendants' requests. Although both Plaintiffs and Defendants have diligently attempted to gather all documentation and information important to the resolution of this case pursuant to either subpoenas and/or requests of third parties, discovery is not yet complete. It is important to note that the facility involved in this lawsuit has since been sold and has undergone a drastic transformation in its staffing and vendor services. Consequently, various individuals believed to have knowledge of the circumstances surrounding the allegations and documentation relative to same are no longer employed at the facility and are not within the control of either Plaintiffs or Defendants. As a result, and as noted above, the parties have requested documentation from third parties as well as subpoenaed other records, including payroll registers, work schedules and staffing schedules to assist in identifying witnesses and/or documents critical to the resolution of this action. The parties are in the process of conducting this discovery but require additional time to complete the process.

At this point, the parties are awaiting responses to outstanding records requests regarding maintenance records as well as medical records requested pursuant to subpoenas. Defendants have also noticed the depositions of Plaintiffs, Stephen and Barbara McDonald, for June 26, 2007. The Plaintiffs are also seeking to notice the depositions of two former employees, Richard Tavares, the former Executive Director of the facility, and Joseph Valentim, the former Maintenance Director at the facility. The parties have agreed to conduct the deposition on Mr. Tavares on July 12, 2007 and Defendants is in the process of contacting Mr. Valentim to schedule his deposition.. Likewise, the parties are in the process of attempting

to locate additional witnesses to the alleged incident and the circumstances surrounding same. As work schedules and staffing schedules are no longer in existence, the parties are using payroll registers to identify any such employees. Unfortunately, this process has not yet been completed and the parties will need additional time to do so as well as to obtain medical records regarding Plaintiffs' medical condition and maintenance records.

Based on these reasons, the parties hereby request that all dates in the Pretrial Order as entered on March 16, 2007 be amended to allow the parties additional time to complete depositions and discovery. As outlined below, the parties are requesting that the fact discovery deadline be extended from July 16, 2007 to September 30, 2007. In addition to the reasons stated above, the parties also request the extension to September 30, 2007 due to the fact that Plaintiffs' counsel, Attorney Padwa, will be out of state beginning on July 16 for one (1) week attending an American Association of Justice (AAJ) conference and will also be out of the country for ten (10) days beginning on August 16 to perform community service in Ghana, Africa. Thus, to afford counsel for all parties the opportunity to complete discovery, the parties request that the fact discovery closure date be extended through September 30, 2007 and all remaining dates be amended as follows:

1. All factual discovery will be closed by September 30, 2007;
2. Plaintiffs shall make its expert witness disclosures by September 30, 2007;
3. Defendants shall make it expert witness disclosures by October 31, 2007;
4. Expert discovery shall close on December 1, 2007;
5. Dispositive motions shall be filed by December 1, 2007; and
6. All pretrial memoranda shall be filed no later than thirty (30) days after a decision on any and all dispositive motions and, if no dispositive motions are filed, by December 17, 2007.

For all of the foregoing reasons, the parties request an extension of the dates included

within the Pre-Trial Order as outlined above.

/s/John B. Moretta
John B. Moretta #6984
Attorney for Nationwide Health Properties, Inc. and TNG Harbor Hill Place, LLC
Roberts, Carroll, Feldstein & Peirce & Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000; Fax 521-1328
jmoretta@rcfp.com

/s/Jeffrey M. Padwa
Jeffrey M. Padwa, Esq. # 5130
Attorney for Plaintiffs
Padwa Law
303 Jefferson Boulevard
Warwick, Rhode Island 02888

/s/Robert J. Levine
Robert J. Levine, Esq.
Attorney for Plaintiffs
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908

## Certificate of Service

I, John B. Moretta, hereby certify that on June 19, 2007, I served the foregoing Stipulation by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case to the following:

Robert J. Levine, Esq.
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908

Jeffrey M. Padwa, Esq.
Padwa Law
303 Jefferson Boulevard
Warwick, RI 02888

______/s/John B. Moretta_______
John B. Moretta