UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

STEPHEN McDONALD AND
BARBARA McDONALD

vs.

C.A. No. 07-070S

TNG HARBOR HILL PLACE, LLC
AND NATIONWIDE HEALTH
PROPERTIES INC.

**JOINT MOTION FOR CONTINUATION OF SETTLEMENT CONFERENCE**

Now come the parties in the above-captioned matter and hereby request that the settlement conference presently scheduled for July 23, 2007 be rescheduled in this matter. The basis of the parties' request is that this Court recently granted the parties' Joint Motion to Extend Discovery Dates and, at this point, it is clear that a settlement conference will not be fruitful at this stage of discovery. Thus, the parties are requesting that the settlement conference date be moved to some point after September 30, 2007, the date at which fact discovery is set to close.

For the foregoing reasons, the parties hereby request that this settlement conference presently scheduled for July 23, 2007, be rescheduled in accordance with the Amended Pretrial Order in this matter.

/s/John B. Moretta
John B. Moretta #6984
Attorney for Nationwide Health Properties, Inc. and TNG Harbor Hill Place, LLC
Roberts, Carroll, Feldstein & Peirce
& Peirce, Inc.
Ten Weybosset Street
Providence, RI 02903
(401) 521-7000; Fax 521-1328
jmoretta@rcfp.com

/s/Jeffrey M. Padwa
Jeffrey M. Padwa, Esq. # 5130
Attorney for Plaintiffs
Padwa Law
303 Jefferson Boulevard
Warwick, RI 02888
(401) 921-4800
jeffrey@padwalaw.com

/s/Robert J. Levine
Robert J. Levine, Esq.
Attorney for Plaintiffs
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908

## Certificate of Service

I, John B. Moretta, hereby certify that on July 5, 2007, I served the foregoing Stipulation by causing a true and correct copy of the same to be sent by operation of the Court's ECF System to those individuals designated for electronic service by the ECF System in this case to the following:

Robert J. Levine, Esq.
JUSTICE FOR ALL, LLP
544 Douglas Avenue
Providence, RI 02908

Jeffrey M. Padwa, Esq.
Padwa Law
303 Jefferson Boulevard
Warwick, RI 02888

_______/s/John B. Moretta_________
John B. Moretta